636

Harry L. Topping, appellee, v. William B. Ward, appellant. Gen. No. 9,061.

Opinion filed November 30, 1936.
Miller & Shapiro, for appellant. Mayhew & Drolet, for appellee.
Mr. Justice Dove delivered the opinion of the court.

Loretta M. Pendergast, appellee, v. Joseph C. Foster, appellant. Gen. No. 9,098.

Opinion filed November 30, 1936.
Miller & Thomas, for appellant; Chas. A. Thomas, of counsel. Madden & Laden, for appellee.
Mr. Justice Dove delivered the opinion of the court.

Margaret Bodine, appellant, v. Harry W. Lloyd, appellee. Gen. No. 9,130.

Opinion filed November 30, 1936.
F. B. Brian, Harry C. Heyl and George W. Hunt, for appellant. E. V. Champion, F. J. Lee and D. J. Hill, for appellee.
Mr. Justice Dove delivered the opinion of the court.

F. W. Maske, plaintiff, v. Lewis Kock et al., defendants. Gen. No. 8,974.

Opinion filed November 30, 1936.
Robert C. Hunter and Castle, Williams & McCarthy, for appellant. Large & Reno, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.